UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

        CTHORIZONS, LLC

                            Plaintiff(s)

        -vs-                                        06-CV-6324T

        STEVE MOORE, ET AL

                            Defendant(s)
_____

        The plaintiff having electronically filed a Notice

of Voluntary Dismissal on October 24, 2006, it is hereby,

        ORDERED, that the above action is hereby dismissed with

prejudice.

        SO ORDERED.


                        ____S/ MICHAEL A. TELESCA____
                        MICHAEL A. TELESCA
                        United States District Judge


Dated: October 25, 2006