```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     CTHORIZONS, LLC
                                              AMENDED
                    Plaintiff(s)               ORDER

       -vs-                                   06-CV-6324T


     STEVE MOORE, ET AL

                    Defendant(s)
_____
```

The plaintiff having electronically filed a Notice of Voluntary Dismissal on October 24, 2006, it is hereby,

ORDERED, that the above action is hereby dismissed without prejudice.

SO ORDERED.

                                        S/ MICHAEL A. TELESCA
                                        MICHAEL A. TELESCA
                                        United States District Judge

Dated: October 30, 2006